1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Socorro Parra, | Case No. : **4:16-CV-00231-CKJ** |
| Plaintiff, | **ORDER** |
| vs. | |
| Fidelity Care Home, Inc. an Arizona Corporation; Roger Raymond and Liz Raymond, | |
| Defendants | |

Pursuant to the parties' Stipulation to Dismiss with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that this lawsuit is dismissed with prejudice with each party to bear their own costs and attorneys' fees.

Dated this 27th day of September, 2016.

_Cindy K. Jorgenson_
Honorable Cindy K. Jorgenson
United States District Judge